STEPHANIE M. HINDS (CABN 154284)
Acting United States Attorney
SARA WINSLOW (DCBN 457643)
Chief, Civil Division
MICHAEL T. PYLE (CABN 172954)
Assistant United States Attorney
150 Almaden Boulevard, Suite 900
San Jose, California 95113
Telephone: (408) 535-5087
FAX: (408) 535-5081
Email: michael.t.pyle@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| *REQUEST FOR INTERNATIONAL JUDICIAL ASSISTANCE FROM NATIONAL CIVIL COURT OF FIRST INSTANCE NO. 9 IN BUENOS AIRES, ARGENTINA IN*<br><br>*HILDA KARINA GRACIELA ZURITA V. FRED EUGENE BADAGNANI*<br><br>*REF NO.: 1340/20*<br>*DJ REFERENCE NUMBER: 189-44-21-24* | MISC. NO.<br><br>**DECLARATION OF AUSA MICHAEL T. PYLE IN SUPPORT OF APPLICATION FOR ORDER PURSUANT TO 28 U.S.C. § 1782** |

I, Michael T. Pyle, declare:

1. I am an Assistant United States Attorney in the Northern District of California.

2. This declaration is submitted in support of the United States' application for an order pursuant to 28 U.S.C. § 1782 concerning a request made by the First Instance National Civil Court No. 9 in Buenos Aires, Argentina for documents from PayPal Holdings ("PayPal").

3. A true and correct copy of the Letter of Request made by the First Instance National Court No. 9 in Buenos Aires, Argentina in the case of *Hilda Karina Graciela Zurita v. Fred Eugene Badagnani* is attached as Exhibit 1 to my declaration. The Letter of Request seeks information regarding the amount of money in Mr. Fred Eugene Badagnani's account from January 1, 2015 through June 2,

DECLARATION OF MICHAEL T. PYLE IN SUPPORT OF APPLICATION FOR ORDER PURSUANT TO 28 U.S.C. § 1782                                                                 1

2018.  The Request provides a specific bank account number, as well as Mr. Badagnani's addresses, date of birth, and social security number.  My office has redacted certain personal information from this document, and we have redacted financial institutions other than those at issue in the Northern District of California: PayPal and Patelco Credit Holdings.

4. The Department of Justice Civil Division's Office of Foreign Litigation advised me that banks will not release customer information without a subpoena.  I have been an AUSA for approximately 14 years, and in my experience banks and other financial institutions do not release customer information without a subpoena.  I also searched the websites of PayPal and other financial institutions, and found statements that the institution requires a subpoena to produce customer information.

5. Attached as Exhibit 2 to my declaration is the form of subpoena I plan to serve on PayPal if the Court signs the accompanying proposed order.  I would need to add the case number and other information, and then sign the subpoena.  I would give PayPal at least 30 days to respond to the subpoena.

6. I declare under penalty of perjury that the foregoing is true to the best of my knowledge and belief.  Executed on July 7, 2021, at San Jose, California.

By:   /s/ *Michael T. Pyle*
      MICHAEL T. PYLE

DECLARATION OF MICHAEL T. PYLE IN SUPPORT OF APPLICATION FOR ORDER PURSUANT TO 28 U.S.C. § 1782    2