# Exhibit 1

1

*la Soledad Doparo*
ORA PÚBLICA DE INGLES
F° 157  CAPITAL FEDERAL
F° C.T.P.C.B.A. Nro. 5820

*Soledad Doparo*
LA PÚBLICA DE INGLES
F° 157  CAPITAL FEDERAL
C.T.P.C.B.A. Nro. 5820

TRADUCCIÓN PÚBLICA:---------------------------------------------------------

SWORN TRANSLATION:---------------------------------------------------------

JUDICIAL ORDER-------------------------------------------------------------

[Page 1]-------------------------------------------------------------------

Judicial Branch of the Nation. CIVIL COURT 9-------------------------------

Buenos Aires, 22 February, 2021. ------------------------------------------

[*On the right of all the pages of this document, there appears a seal which reads:*]

NATIONAL CIVIL COURT NR. 9. ARGENTINE REPUBLIC. FEDERAL

CAPITAL.------------------------------------------------------------------

To Mr. Director of International Legal Counsel and/or to Mr. Ministry of

International Trade and Worship of the ARGENTINE REPUBLIC.

S_____/_____D--------------------------------------------------

I am addressing to you in the case entitled: **"ZURITA, HILDA KARINA**

**GRACIELA AGAINST BADAGNANI, FRED EUGENE RELATED TO THE**

**SETTLEMENT OF MONETARY COMPENSATION,** *SECTIONS 441 AND 442,*

*CIVIL AND COMMERCIAL CODE OF THE NATION"* (FILE 56606/2018), pending

in the National Civil Court of First Instance N° 9, temporarily under my charge, sole

Court Office temporarily in charge of Dr. Francisco Romero having seat in Lavalle

1220 4th floor, Federal Capital, incivil9@pjn.gov.ar; in order to request this letter

rogatory to be served upon before the foreign competent authority. Drs. Germán

Alberto SchererKeen; Analía Mabel Veira and/or Maximiliano SchererKeen and in

this case by digital means, are hereby authorized to conduct the present judicial order

2

indistinctly. ------------------------------------------------------------------

Sincerely Yours.- --------------------------------------------------------------

*[There follows an illegible signature and a seal, the same for the rest of the original*

*document, which reads*:] LUCILA CALIFANO. SUBSTITUTE JUDGE.---------------

[Page 2]--------------------------------------------------------------------------

**Judicial Branch of the Nation. CIVIL COURT 9**---------------------------------------

<u>**INTERNATIONAL LETTER ROGATORY**</u> ---------------------------------------------

Convention on the taking of Evidence abroad in Civil or Commercial matters (LA

HAYA, 1970) ----------------------------------------------------------------------

Name: Lucila Califano------------------------------------------------------------

Position: Substitute Judge--------------------------------------------------------

Court premises: National Civil Court of First Instance nr° 9, sole Court Office. --

Contact data: Phone number: 54 911 4379-1446 / SP: 1466 / ME: 1106 -------------

Electronic mail: jncivil9@pjn.gov.ar---------------------------------------------

Address: Lavalle 1220, 4th floor. -----------------------------------------------

City: Autonomous City of Buenos Aires –zip code: C1048AAF .--------------------

Country: Argentina. --------------------------------------------------------------

Sitting Judge having CIVIL AND COMMERCIAL authority.------------------------

In: FLORIDA DISTRICT, United States of America. ---------------------------------

1) Case title: ZURITA, HILDA KARINA GRACIELA AGAINST
   BADAGNANI, FRED EUGENE RELATED TO SETTLEMENT OF
   MONETARY COMPENSATION SECTIONS 441 AND 442.------------------

3

2) Court file number: CIV 56606/ 2018 ---------------------------------------------

3) Name and address of both parties: ------------------------------------------

Plaintiff: Hilda Karina Graciela Zurita: Azcuénaga 1355, 5th floor. Apartment "A"

Federal Capital.---------------------------------------------------------------

Defendant: Fred Eugene Badagnani: Arenales 910, piso 15th floor "B" Federal

Capital-----------------------------------------------------------------------------

4) Nature and object of the process: Civil – Settlement of monetary compensation.

   sections 441 and 442 Civil and Commercial Code of the Nation.-----------------

5) Brief description of the events: The defendant (ex-spouse of Mrs. Zurita) has

   bank accounts abroad (USA) which are difficult to individualize. Be it known

   that, the assets reported hereinbelow, are those determined under section 463

   of the Civil and Commercial Code of the Argentine Republic, being

   community property, entirely, pursuant to section 465 of the aforementioned

   code, the defendant Badagnani, has been acquiring bank accounts constituted

   in the United States of America, which are described in the attached annex,

   having the strong belief that these are not the only accounts he has, but they are

   simply those accounts which have been individualized at the time of

   submission of this claim. It is worth mentioning, and as has been stated by my

   party in the submission of the proposal of agreement at the time of the request

   of the absolute divorce, that Mr. Badagnani has always managed revenues and

   incomes of the community property.-------------------------------------------------

4

Likewise, a company has functioned uninterruptedly since 2009, so when coming to live to Argentina in 2008, after having lived in The United Stated of America, my party starts to work in the company founded by Sr. Badagnani, with headquarter in USA, but its entire activity and commercial exploitation is always carried out in Argentina (company: SILVER STAR CAR), all of which is related to the condition of community property and the economic decompensation suffered by Mrs. Zurita after the divorce because Mr. Badagnaniha has been hidden accounts and/or incomes herein claimed.-------

[Page 3]-----------------------------------------------------------------------

1) Measures requested:-----------------------------------------------------------
   To begin with the discovery, by issuing summons to each banking institution, and to the entity in charge of the collection of taxes in the USA.-----------------
   On April, 22nd of the year 2019 the Honorable Judge ROBERT N. SCOLA remitted the request to the Honorable Court of the South of Florida and said court confers and concedes jurisdiction in order to approve in a preliminary form, the issuance of a citation for the evidence in this District for a procedure in Argentina. -----------------------------------------------------------------

2) Name and address of the recipients of the measures: -----------------------------
   Listed in the Annex.----------------------------------------------------------

3) Special forms or procedures: ---------------------------------------------------
   Not applicable.--------------------------------------------------------------

4) Term which the recipients of the measure have: -----------------------------------

5

14 days. ---------------------------------------------------------------------------------

5) Date to hold the hearing: ------------------------------------------------------------

   Not applicable.-----------------------------------------------------------------------

6) Further information which might facilitate the accomplishment of the letter
   rogatory:----------------------------------------------------------------------------

The United States District Court of the SOUTH OF FLORIDA intervenes with the

request of this information, Case Number 18-24542 –MC-SCOLA/ TORRES. The

request was submitted on October, 30th of the year 2018 requesting the permission

to issue summons in different banking institutions and in relation to the divorce

procedure and economic compensation between ex-spouses in judicial process in

Argentina. Jurisdiction is conferred to the District Court South of FLORIDA in

charge of Honorable Judge TORRES dated 26th, April of the year 2019.-----------

   Not Applicable. ---------------------------------------------------------------------

7) Name and address of the person in the requested Estate who shall be
   responsible for the extraordinary expenses which derives from
   accomplishment of the measure: Not applicable. ----------------------------------

In the audience for this 14th of May of the year 2019…it is the judgement of the

Judge that …INFORMATION: as long as the financial condition of both spouses

at the beginning and end of the marital life is one of the circumstances to be taken

into account, among other things, to determine the origin and, in this case, the

amount of the compensation, the opposition to the informative evidence

contemplated on the reverse of folio 202 is rejected. Therefore, let the requested

6

official letters and/or letter rogatory be issued, limiting the information requirement from 1/1/15 to 6/2/18 (the last one as the termination date of the community property regime, pursuant to notice of divorce petition as per folio 21 file N° 80526/2017), certifying that for the purpose of the answer, the tax secrecy must be lifted. Date of signature: 15 May 2019, signed by: LUCILA CALIFANO, SUBSTITUTE JUDGE. ------------------------------------------------------------

I)      Description of the attached documents: -----------------------------------

[Page 4]-----------------------------------------------------------------------

1. List of banking entities to which the information shall be required. Each entity has complete name, addresses of headquarters and quantity of individual accounts of the defendant. -----------------------------------------------------------------------------

2.Complementary information of identification, such as name, address, addresses he had in USA, date of birth and social security number. -------------------------------------

VIII. Offering of Reciprocity ---------------------------------------------------

The undersigned attorney general requests and requires the faithful performance of these presents, offering reciprocity for analogous cases. ---------------------------

Place and date.   February, 22nd 2021.------------------------------------------------

Signature and seal of the Court ----------------------------------------------------

[There appears a seal which reads:] THE NATIONAL CHAMBER OF CIVIL APPEALS CERTIFIES IN BUENOS AIRES, 3RD MAY 2020 THAT THE ABOVE SIGNATURE AND SEAL ARE SIMILAR TO THOSE IN OUR RECORDS.

7

MARIANA IRIGARAY. [*illegible signature*] SUBSTITUTE SECRETARY.
CERTIFICATIONS AT CIVIL CHAMBER.--------------------------------------------------
[*There follows a seal that reads*:] National Chamber Of Civil Appeals Of The Federal
Capital. Certifications.-------------------------------------------------------------------------
[*Page 5*]--------------------------------------------------------------------------------------------

**List of banking institutions to whom information shall be required.**

**Complementary data for identification.** --------------------------------------------------

The discovery, by means of issuing summons to each banking institution, of
accounts on behalf of FRED EUGENE BADAGNANI, Social security number:

██████████ Addresses: --------------------------------------------------------------------

391 Las Colinas BLVD E 130 APT 531 IRVING TX (75039-6291)--------------------

9400 MacArthur 124-616 IRVING TX (75063-4738) -----------------------------------

211 S.E. 46 STREET CAPE CORAL FL (33904) ---------------------------------------

Date of birth:█████████████-------------------------------------------------------

Email: fourpoint64@mc.com ------------------------------------------------------------

Bank accounts: -----------------------------------------------------------------------------

1) SCOTTRADE, INC. ---------------------------------------------------------------------

██████████████ --------------------------------------------

████████████████ -----------------------------------------

███████████████████ ------------------------------

███████████████ ----------------------------------------

███████████ -------------------------------------------------



8

██████████████████████████ ----------------------------------

**2)FIDELITY INVESTMENTS (Agent for fidelity Management Trust Company)**

████████████████████████ ---------------------------------

████████████████████████ --------------------------------

██████████████████████ -----------------------------------

████████████████ ----------------------------------------

**3) CAPITAL ONE .N.A.** --------------------------------------

██████████████████████ ----------------------------------

██████████████████████ -------------------------

████████████████████████ ----------------------------

█████████████████████████████████████

████ --------------------------------------------------

██████████████████████████ ------------------------------

████████████████████████ ----------------------------

████████████████████ ------------------------------

██████████████████████ -------------------------------

██████████████████████████ -----------------------------

█████████████████████████████████████████████

████████ -----------------------------------------------

██████████████████ -------------------------------------

**4) EVER BANK   (since 2017 it is TIAA BANK)** ----------------------------------

9

█████████████████████████████████████████

████████ -----------------------------------------------

███████████████████████████████████████

████████ ----------------------------------------------

████████████████████████████████████████

██████ ------------------------------------------------

████████████ ----------------------------------------

5) <u>EMPOWER RETIREMENT</u> -----------------------------------

███████████████████████ --------------------

██████████████████████████ --------------

███████████████████ -----------------------

████████████ ------------------------------------

██████ ----------------------------------------------

6) <u>WALGREENS PROFIT SHARING SERVICE CENTER</u> -------------------

████████████████████ -------------------------

████████████ ------------------------------------

7) <u>PATELCO CREDIT UNION</u> ------------------------------------

PO BOX 8020 PLEASANTON, CA 94588 –8601 --------------------------------

4515 ROSEWOOD DRIVE, SUITE 800, PLEASANTON CALIFORNIA 94588

PO BOX 2227 MERCED, CA 95344 ----------------------------------------

ACCOUNT NRO. 556279-00 ---------------------------------------

-------------------------------------------------------------------



10

8) E * TRADE FINANCIAL CORPORATION ----------------------------------------

9) BANK OF AMERICA  ----------------------------------------

10) MILLENNIUM TRUST COMPANY ----------------------------------------

WWW.MTRUSTCOMPANY.COM ----------------------------------------

11) MERCHANT ONE ----------------------------------------

11

12) PAY PAL HOLDINGS, INC -----------------------------------------------------

2211 NORTH FIRST STREET, SAN JOSE, CA 95131---------------------------------

818 West Seventh Street, suite 930 LOS ANGELES, CA 90017 ---------------------

INFO@PAYPAL.COM --------------------------------------------------------------

Accounts: FOURPOINT64@ME.COM -------------------------------------------------

Social Security Number: ▮▮▮▮▮▮ ----------------------------------------------

13) AMERITRADE ---------------------------------------------------------------

I DO HEREBY CERTIFY THE FOREGOING TO BE A TRUE AND ACCURATE
TRANSLATION INTO ENGLISH OF THE ORIGINAL DOCUMENT WRITTEN
IN SPANISH LANGUAGE HEREUNTO ATTACHED, IN WITNESS WHEREOF I
HAVE HEREUNTO SET MY HAND AND OFFICIAL SEAL IN BUENOS AIRES,
ON THIS 16TH DAY OF MARCH OF THE YEAR 2021.---------------------------------

ES TRADUCCIÓN FIEL AL INGLÉS DEL DOCUMENTO ORIGINAL ESCRITO
EN IDIOMA CASTELLANO QUE HE TENIDO ANTE MI VISTA Y AL CUAL ME
REMITO EN BUENOS AIRES A LOS DIECISEIS DIAS DEL MES DE MARZO
DE DOSMIL VEINTIUNO.---------------------------------------------------------



## COLEGIO DE TRADUCTORES PÚBLICOS
## DE LA CIUDAD DE BUENOS AIRES

República Argentina
Ley 20305

# LEGALIZACIÓN

Por la presente, el COLEGIO DE TRADUCTORES PÚBLICOS DE LA CIUDAD DE BUENOS AIRES,

en virtud de la facultad que le confiere el artículo 10 inc. d) de la ley 20305, certifica únicamente que

la firma y el sello que aparecen en la traducción adjunta concuerdan con los correspondientes

al/a la Traductor/a Público/a     DOPAZO, MARIELA SOLEDAD

que obran en los registros de esta Institución, en el folio     del Tomo     en el idioma

157     16     INGLÉS

Legalización número:   **13582**

Buenos Aires,   17/03/2021

MARCELO F. SIGALOFF
Gerente Dpto. de Legalizaciones
Colegio de Traductores Públicos
de la Ciudad de Buenos Aires

ESTA LEGALIZACIÓN NO SE CONSIDERARÁ VÁLIDA SIN EL CORRESPONDIENTE
TIMBRADO DE CONTROL EN LA ÚLTIMA HOJA DE LA TRADUCCIÓN ADJUNTA

Control Interno:   48013213582

Avda. Corrientes 1834 – C1045AAN – Ciudad Autónoma de Buenos Aires – Tel.: 4373-7173 y líneas rotativas

T 0204979

By virtue of the authority vested in the COLEGIO DE TRADUCTORES PÚBLICOS DE LA CIUDAD DE BUENOS AIRES (Buenos Aires Sworn Translators Association) by Argentine law No. 20 305 section 10(d), I hereby CERTIFY that the seal and signature affixed on the attached translation are consistent with the seal and signature on file in our records.
The Colegio de Traductores Públicos de la Ciudad de Buenos Aires only certifies that the signature and seal on the translation are genuine; it will not attest to the contents of the document.
THIS CERTIFICATION WILL BE VALID ONLY IF IT BEARS THE PERTINENT CHECK STAMP ON THE LAST PAGE OF THE ATTACHED TRANSLATION.

Vu par le COLEGIO DE TRADUCTORES PÚBLICOS DE LA CIUDAD DE BUENOS AIRES (Ordre des Traducteurs Officiels de la ville de Buenos Aires), en vertu des attributions qui lui ont été accordées par l'article 10, alinéa d) de la Loi n° 20.305, pour la seule légalisation matérielle de la signature et du sceau du Traductor Público (Traducteur Officiel) apposés sur la traduction du document ci-joint, qui sont conformes à ceux déposés aux archives de cette Institution.
LE TIMBRE APPOSÉ SUR LA DERNIÈRE PAGE DE LA TRADUCTION FERA PREUVE DE LA VALIDITÉ DE LA LÉGALISATION.

Il COLEGIO DE TRADUCTORES PÚBLICOS DE LA CIUDAD DE BUENOS AIRES (Ordine dei Traduttori abilitati della Città di Buenos Aires) CERTIFICA ai sensi dell'articolo 10, lettera d) della legge 20.305 che la firma e il timbro apposti sulla qui unita traduzione sono conformi alla firma e al timbro del Traduttore abilitato depositati presso questo Ente. Non certifica il contenuto della traduzione sulla quale la certificazione è apposta.
LA VALIDITÁ DELLA PRESENTE CERTIFICAZIONE È SUBORDINATA ALL'APPOSIZIONE DEL TIMBRO DI CONTROLLO DEL CTPCBA SULL'ULTIMA PAGINA DELL'ALLEGATA TRADUZIONE.

Por meio desta legalização, o COLEGIO DE TRADUCTORES PÚBLICOS DE LA CIUDAD DE BUENOS AIRES (Colégio dos Tradutores Públicos da Cidade de Buenos Aires), no uso de suas atribuições e em conformidade com o artigo 10, alínea "d", da Lei 20.305, somente reconhece a assinatura e o carimbo do Tradutor Público que subscreve a tradução em anexo por semelhança com a assinatura e o carimbo arquivados nos registros desta instituição.
A PRESENTE LEGALIZAÇÃO SÓ TERÁ VALIDADE COM A CORRESPONDENTE CHANCELA MECÂNICA APOSTA NA ÚLTIMA FOLHA DA TRADUÇÃO.

COLEGIO DE TRADUCTORES PÚBLICOS DE LA CIUDAD DE BUENOS AIRES (Kammer der vereidigten Übersetzer der Stadt Buenos Aires). Kraft der Befugnisse, die ihr nach Art. 10 Abs. d) von Gesetz 20.305 zustehen, bescheinigt die Kammer hiermit lediglich die Übereinstimmung der Unterschrift und des Siegelabdruckes auf der beigefügten Übersetzung mit der entsprechenden Unterschrift und dem Siegelabdruck des vereidigten Übersetzers (Traductor Público) in unseren Registern.
DIE VORLIEGENDE ÜBERSETZUNG IST OHNE DEN ENTSPRECHENDEN GEBÜHRENSTEMPEL AUF DEM LETZTEN BLATT DER BEIGEFÜGTEN ÜBERSETZUNG NICHT GÜLTIG.





Poder Judicial de la Nación

JUZGADO CIVIL 9

## OFICIO JUDICIAL

Buenos Aires 22 de febrero de 2021.-

AL

Sr. Director de Asistencia Jurídica Internacional  y/o

Al Sr.  Ministro de Relaciones Exteriores  Comercio Internacional y Culto  de
la REPUBLICA ARGENTINA

S_____/_____D

Tengo el agrado de dirigirme a Usted en los autos
caratulados: **"ZURITA, HILDA KARINA GRACIELA C/ BADAGNANI,
FRED EUGENE  S / FIJACION DE COMPENSACION ECONOMICA
ARTS. 441 Y 442 CCCN" (EXPTE.56606/2018)**, en trámite por ante el Juzgado
Nacional de Primera Instancia en lo Civil Nº 9, a mi cargo interinamente,
Secretaría única Interinamente a cargo del Dr. Francisco Romero  con sede en
Lavalle 1220 piso 4to. Capital Federal, jncivil9@pjn.gov.ar ; a fin de solicitar el
**diligenciamiento del presente exhorto ante la autoridad extranjera
competente.**

Se encuentran autorizados a diligenciar el presente oficio
indistintamente los Dres. Germán Alberto SchererKeen; Analia Mabel Veira y/o
Maximiliano SchererKeen  y en su caso bajo la modalidad  digital.

Sin otro particular, saludo a Usted muy atte.-

LUCILA CALIFANO
"JEZA SUBROGANTE



Poder Judicial de la Nación

JUZGADO CIVIL 9



EXHORTO INTERNACIONAL

| I)  Tratado en que se funda la solicitud: |
| --- |

Convención sobre la obtención de Pruebas en el Extranjero en

Materia Civil o Comercial  (LA HAYA, 1970)



| II)  AUTORIDAD JURISDICCIONAL EXHORTANTE |
| --- |

Nombre    : Lucila Califano

Cargo: Jueza Subrogante

Dependencia: Juzgado Nacional de Primera Instancia en lo Civil

n° 9, Secretaría Única.

Datos de contacto: Teléfono: 54 911 4379-1446 / SP: 1466 /

ME: 1106

Correo Electrónico: jncivil9@pjn.gov.ar

Calle: Lavalle 1220 piso 4to.

Ciudad: Ciudad Autónoma de Buenos Aires --

código postal: C1048AAF .

País: Argentina.

| III) Autoridad Jurisdiccional exhortada |
| --- |

Sr. Juez en turno con competencia en materia: CIVIL Y

COMERCIAL

En: DISTRITO FLORIDA, ESTADOS UNIDOS.

| IV) Identificación del Proceso |
| --- |

1) Carátula: ZURITA, HILDA KARINA GRACIELA C/ BADAGNANI,
   FRED EUGENE S/ FIJACIÓN DE COMPENSACION ECONOMICA
   ARTS. 441 Y 442.

2) Número de expediente: CIV 56606/ 2018

3) Nombre y domicilio de las partes:

Actora: Hilda Karina Graciela Zurita : Azcuénaga 1355 piso 5to. Depto. "A" Capital Federal.

Demandado: Fred Eugene Badagnani: Arenales 910 piso 15 depto. "B" Capital Federal

4) Naturaleza y objeto del proceso: Civil – Fijación de compensación económica arts. 441 y 442 Código Civil y Comercial de la Nación.

5) Breve descripción de los hechos: El demandado (excónyuge de la Señora Zurita) tiene cuentas en el exterior (EE.UU) y cuya individualización es dificultosa. A saber, los bienes que se denuncian a continuación, son aquellos que se encuentran determinados en el art. 463 del Código Civil Comercial de la Republica Argentina, revistiendo los mismos el carácter de bienes gananciales , en un todo de acuerdo a lo que prescribe el art. 465 del mencionado código, el demandado Badagnani, ha ido adquiriendo cuentas constituidas en los EE.UU de Norteamérica, las cuales se detallan en anexo adjunto, con la firme convicción que no son todas las que tiene, sino que simplemente son las que se han podido individualizar a la fecha de presentación de esta demanda. Es importante destacar, y como ya manifestara mi parte en la presentación de la propuesta de acuerdo al momento de solicitar el divorcio vincular, es que siempre el Sr. Badagnani ha manejado los ingresos y ganancias de la sociedad conyugal.

Asimismo, ha funcionado ininterrumpidamente una empresa desde el año 2009 , pues al instalarnos en la Argentina en el año 2008, luego de haber vivido en los EE.UU , mi parte comienza a trabajar en la empresa que formara el Sr. Badagnani con sede en los EE.UU pero cuya actividad y explotación comercial se desarrolla siempre en la Argentina (Empresa : SILVER STAR CAR), todo esto se relaciona con la condición de bienes gananciales y la descompensación económica que sufrió la Sra. Zurita , al divorciarse pues el Sr. Badagnani ha ocultado las cuentas y/o las ganancias aquí denunciadas .

LUCILA CALIFANO
JUEZA SUBROGARTE





Poder Judicial de la Nación

## JUZGADO CIVIL 9



**V) OBJETO DEL EXHORTO**

1) Medidas Solicitadas:

Iniciar el descubrimiento mediante la emisión de citaciones a cada entidad bancaria, y a la entidad encargada de la recaudación de impuestos en los EE.UU.-

El 22 de abril del año 2019 el Honorable Juez ROBERT N. SCOLA remitió la solicitud al Honorable Tribunal Del SUR DE FLORIDA y dicho Tribunal concede y confiere jurisdicción para aprobar de manera preliminar la emisión de una citación para la prueba dentro de este Distrito para un procedimiento en Argentina.

2) Nombre y domicilio de destinatarios de las medidas:

Se acompañan en listado en ANEXO

3) Formas o procedimiento especiales:

No aplicable.

4) Plazo del que disponen los destinatarios de la medida:

14 días.

5) Fecha de celebración de audiencia:

No aplicable.

6) Otra información que facilite el cumplimiento del exhorto:

Se encuentra interviniendo con el pedido de esta información la Corte del Distrito de Estados Unidos del SUR DE FLORIDA, caso NUMERO 18-24542 –MC-SCOLA/ TORRES . Se presentó solicitud el 30 de octubre de 2018 solicitando se permita presentar citaciones en varias instituciones bancarias y en relación al procedimiento de divorcio y compensación económica entre ex conyuges en proceso judicial en la Argentina. Se confiere jurisdicción al Tribunal Distrito

SUR DE FLORIDA a cargo del Honorable Juez TORRES con fecha 26 de abril de 2019.-

7) Nombre y domicilio del apoderado de la parte requirente en el Estado requerido:

No Aplicable.

8) Nombre y domicilio de la persona en el Estado requerido que se hará cargo de los gastos extraordinarios que demande el cumplimiento de la medida: No aplicable.

VI) Transcripción de la resolución que ordena el exhorto

A la audiencia señalada para el día de la fecha 14 de mayo de 2019...la Jueza resuelve...INFORMATIVA: toda vez que el estado patrimonial de cada uno de los cónyuges al inicio y a la finalización de la vida matrimonial es una de las circunstancias a considerar, entre otras, para determinar la procedencia y , en su caso, el monto de la compensación , se rechaza la oposición a la prueba informativa planteada a fs. 202 vta. En consecuencia, líbrense los oficios y/o exhortos solicitados, limitándose la información requerida desde el 1/1/15 al 6/2/18 (ésta última como fecha de la extinción del régimen de comunidad de ganancias, conforme notificación de demanda de divorcio ver fs. 21 de expte. N° 80526/2017), dejándose constancia que los fines de contestación deberá levantarse el secreto fiscal. Fecha de Firma: 14/05/2019, Firmado por : LUCILA CALIFANO , JUEZA SUBROGANTE.

VII)   Enumeración de documentos adjuntos:

LUCILA CALIFANO
JUEZA SUBROGANTE



Poder Judicial de la Nación

JUZGADO CIVIL 9



1) Listado de entidades bancarias a las cuales deberá requerirse su información. Cada entidad cuenta con nombre completo, domicilios de filiales y numero de cuentas individuales del demandado.

2) Datos complementarios de individualización, como ser nombre, apellido, domicilios que tuvo en EE.UU, fecha de nacimiento y número de seguro social.



---

**VIII)   Ofrecimiento de reciprocidad**

El magistrado infrascripto ruega y exhorta se dé al presente pronto y fiel cumplimiento, ofreciendo reciprocidad para casos análogos.

---

*BVENOS AIRES, 22 de febrero de 2021.-*

| LUGAR y FECHA | Firma y Sello del órgano Jurisdiccional |

LUCILA CALIPAÑO
EZA SUBROGANTE

LA CAMARA NACIONAL DE APELA-
CIONES EN LO CIVIL CERTIFICA EN

Bs. As.          3 MAR 2021

QUE LA FIRMA Y SELLO QUE ANTECE-
DEN GUARDAN SIMILITUD CON LAS
CONSTANCIAS DE NUESTRO REGISTRO

MARIANA IRIGARAY
PROSECRETARIA ADMINISTRATIVA
LEGALIZACIONES CAMARA CIVIL

<u>Listado entidades bancarias a las cuales deberá requerirse su información</u>
<u>, datos complementarios de individualización .</u>

Descubrimiento  mediante emisión de citaciones a cada entidad bancaria de cuentas a nombre de FRED EUGENE BADAGNANI,

número de identificación seguro social: ▮▮▮▮▮▮

Domicilios: - 391 Las Colinas BLVD E 130 APT 531 IRVING TX (75039-6291)

- 9400 MacArthur 124-616  IRVING TX (75063-4738)

- 211  S.E. 46 STREET CAPE CORAL  FL (33904)

Fecha nacimiento: ▮▮▮▮▮▮▮▮

Email: fourpoint64@me.com

<u>Cuentasbancarias:</u>

1)

<u>SCOTTRADE, INC.</u>

2)

<u>FIDELITY INVESTMENTS (Agent for fidelity Management Trust Company)</u>

LUCILA CALIFANO
JUEZA SUBROGANTE



3)

CAPITAL ONE .N.A.

█████████████████████████████

██████████████████████████

████████████████████████████

███████████████████████████████████████████

████████████████████████████

████████████████████████████

███████████████████

██████████████████████

████████████████████████

█████████████████████████████████████

████████████████

4)

EVER BANK   (DESDE 2017 ES TIAA  BANK)

███████████████████████████████████████████████

███████████████

5)

EMPOWER RETIREMENT

█████████████████████████████████

████████████████████████████████████

████████████████████████████

██████████████████



6)

WALGREENS PROFIT SHARING SERVICE CENTER

████████████████████████

████████████

7)

PATELCO CREDIT UNION

PO BOX 8020 PLEASANTON , CA 94588 –8601

4515 ROSEWOOD DRIVE , SUITE 800, PLEASANTON CALIFORNIA 94588

PO BOX 2227 MERCED, CA 95344

ACCOUNT NRO. 556279-00

8)

E • TRADE FINANCIAL CORPORATION

██████████████████████████

██████████████

████████████████

9)

BANK OF AMERICA

███████████████████

███████████████

████████████████

████████████

10)

MILLENNIUM TRUST  COMPANY

████████████████████████

████████████

LUCILA CALIFANO

JUEZA SUBROGANTE









11)
MERCHANT ONE

12)
PAY PAL  HOLDINGS , INC
2211 NORTH FIRST STREET , SAN JOSE , CA 95131
818 West Seventh Street , suite  930  LOS ANGELES, CA 90017
INFO@PAYPAL.COM

CUENTA: FOURPOINT84@ME.COM
SEGURO SOCIAL NUMERO:

13)
AMERITRADE

**COLEGIO DE TRADUCTORES PÚBLICOS
DE LA CIUDAD DE BUENOS AIRES** - Ley 20.305

Av. Corrientes 1834
C1045AAN - Ciudad Autónoma de Buenos Aires
Teléfonos: 4373-7173 y líneas rotativas
I.V.A. EXENTO

| X | RECIBO |
|---|---|
| | Nº 0010 - **480132** |

C.U.I.T.                30-55745978-9
INGRESOS BRUTOS          EXENTO
INICIO DE ACTIVIDADES: 25/04/1973

SERVICIO EXENTO LEY 23.349 ART 7 ° INC. H. PTO.6
EXCEPTUADO CUMPLIMIENTO RG 1415 ANEXO I AP. "A" INC.K

Buenos Aires, 17/03/2021

EL COLEGIO DE TRADUCTORES PÚBLICOS DE LA CIUDAD DE BUENOS AIRES,

Recibió de:   DOPAZO, MARIELA SOLEDAD

la suma de pesos: OCHOCIENTOS

en concepto de:   Legalizacion desde 13582 hasta 13582

**$B   800.00**

Cupón #:                          Cod. Aut.:
Cheque #:                         Banco Emisor:

A Consumidor Final

MAGGIORINI, FRANCO
Por CTPCBA

Tarjeta Nro:                      ORIGINAL