STEPHANIE M. HINDS (CABN 154284)
Acting United States Attorney
SARA WINSLOW (DCBN 457643)
Chief, Civil Division
MICHAEL T. PYLE (CABN 172954)
Assistant United States Attorney
150 Almaden Boulevard, Suite 900
San Jose, California 95113
Telephone: (408) 535-5087
FAX: (408) 535-5081
Email: michael.t.pyle@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| *REQUEST FOR INTERNATIONAL JUDICIAL ASSISTANCE FROM NATIONAL CIVIL COURT OF FIRST INSTANCE NO. 9 IN BUENOS AIRES, ARGENTINA IN*<br><br>*HILDA KARINA GRACIELA ZURITA V. FRED EUGENE BADDGNANI*<br><br>*REF NO.: 1340/20*<br>*DJ REFERENCE NUMBER: 189-44-21-24* | MISC. NO.<br><br>**[PROPOSED] ORDER GRANTING APPLICATION FOR ORDER PURSUANT TO 28 U.S.C. § 1782** |

Pending before the Court is an application submitted by the United States pursuant to 28 U.S.C. § 1782 concerning a request from the First Instance National Civil Court No. 9 in Buenos Aires, Argentina for documents from PayPal Holdings ("PayPal"). At this time, the United States requests only that the Court appoint Michael T. Pyle, Assistant United States Attorney, as Commissioner, and authorize AUSA Pyle to serve PayPal with a subpoena in the form attached as Exhibit 2 to AUSA Pyle's declaration.

The Court has reviewed the application and supporting papers and documents supporting this request for international judicial assistance, including the letter of request issued by the First Instance National Civil Court No. 9 in Buenos Aires, Argentina, in the matter captioned *Hilda Karina Graciela*

*Zurita v. Fred Eugene Badagnani,*, Ref. No. 1340/20.

Pursuant to the power conferred on it under 28 U.S.C. § 1782, its inherent authority, the Court hereby ORDERS that AUSA Pyle is appointed as Commissioner, and is authorized to serve PayPal with a subpoena in the form attached as Exhibit 2 to AUSA Pyle's declaration.

IT IS SO ORDERED.

DATED: _____

UNITED STATES MAGISTRATE JUDGE